# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Earl Martin Stroud, Jr. <br> *Plaintiff* <br> v. <br> Orangeburg County Detention Center, Vernita Doizer, Officer Davis and Officer Wheeler <br> *Defendant* | ) <br> ) <br> ) Civil Action No.  4:18-cv-1191-DCC <br> ) <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., who adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United State Magistrate Judge.

Date:  May 13, 2019

*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*